1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KATAZYNA CENTKOWSKI, | CASE NO. 3:24-cv-05556-JNW |
|---|---|
| Plaintiff, | ORDER CONTINUING ANSWER DEADLINE |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, | |
| Defendants. | |

Before the Court is a stipulation between Plaintiff Katazyna Centkowski and Defendant Experian Information Solutions, Inc., Dkt. No. 5. The stipulation includes a request to extend Defendant's deadline to file its Answer. The Court finds that good cause exists to grant the requested extension.

Accordingly, it is HEREBY ORDERED:

1. The Court GRANTS the requested extension, Dkt. No. 5.
2. The deadline for Defendant Experian Information Solutions, Inc. to file its Answer is now August 16, 2024. The old deadline of July 17, 2024, is stricken.

ORDER - 1

1  The Court also reminds the parties that they "may agree to extend the time
2  for a defendant to answer or otherwise respond to a complaint. So long as the
3  parties agree to an extension, there's no need to file a stipulation with the Court."
4  Chambers Procedures – Civil for United States District Judge Jamal N. Whitehead,
5  Section 5.3 – Extending Deadline to Answer.

7  Dated this 17th day of July, 2024.

*(signature)*

Jamal N. Whitehead
United States District Judge

ORDER - 2