UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATAZYNA CENTKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>Defendants. | CASE NO. 3:24-cv-05556-JNW<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The Parties have settled this case, and Plaintiff has moved to dismiss it with prejudice under Fed. R. Civ. P. 41. While this motion is unnecessary under Rule 41(a) (voluntary dismissal), the Court GRANTS the motion nevertheless. The Court ORDERS that this case is dismissed with prejudice and without an award of costs or fees to either Party.

Dated this 7th day of October, 2024.

*Jamal W*

Jamal N. Whitehead
United States District Judge

**ORDER** DISMISSING CASE WITH PREJUDICE - 1